UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 23-CR-123-1 (RDM) |
| | : | |
| **DAVID MARESCA,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S MOTION TO DISMISS COUNTS 12 THROUGH 17

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, moves to dismiss without prejudice Counts 12 through 17 of the indictment in the above-captioned case. In support of this request, the government notes the following:

1. Federal Rule of Criminal Procedure 48(a) provides that "[t]he government may, with leave of court, dismiss an indictment, information or complaint." The Supreme Court has explained that the "'principal object of the 'leave of court requirement' has been understood to be a narrow one — 'to protect a defendant against prosecutorial harassment . . . when the [g]overnment moves to dismiss an indictment over the defendant's objection.'" *United States v. Fokker Services B.V.*, 818 F.3d 733, 742 (D.C. Cir. 2016) (quoting *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977)). Therefore, a court reviews the government's motion under Rule 48(a) "primarily to guard against the prospect that dismissal is part of a scheme of 'prosecutorial harassment' of the defendant through repeated efforts to bring—and then dismiss—charges." *Fokker Services*, 818 F.3d at 742.

2. The government submits this request for dismissal in good faith and will not re-file the money laundering charges in Counts 12 through 17 in the District of Columbia.

3. This dismissal will moot any response by the government to defendant Maresca's motion seeking to dismiss Counts 12 through 17 for lack of venue. ECF 207. Upon dismissal of those counts, the government will file a separate request to deny that motion as moot.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ *Sarah C. Santiago*
SARAH C. SANTIAGO (GA Bar No. 724304)
JOHN W. BORCHERT (D.C. Bar No. 472824)
Assistant United States Attorneys
Fraud, Public Corruption & Civil Rights Section
601 D Street, NW
Washington, D.C. 20530
John.Borchert@usdoj.gov
(202) 252-7679
Sarah.Santiago2@usdoj.gov
(202) 252-7249

November 21, 2025

3

CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of November 2025, I caused a copy of the foregoing to be served on counsel for all parties via the Court's ECF system.

                                  /s/ *Sarah C. Santiago*
                              SARAH C. SANTIAGO
                              Assistant United States Attorney